NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEADRILL AMERICAS, INC., SEADRILL GULF OPERATIONS AURIGA, LLC, SEADRILL GULF OPERATIONS VELA, LLC, SEADRILL GULF OPERATIONS NEPTUNE, LLC,**
*Appellants*

v.

**TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,**
*Appellee*

---

2017-2126, -2127, -2129

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01929, IPR2015-01989, and IPR2015-01990.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The Certified Lists are due no later than July 17, 2017.

        FOR THE COURT

        <u>/s/ Peter R. Marksteiner</u>
        Peter R. Marksteiner
        Clerk of Court

s32