# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Seadrill Americas, Inc.    v.    Transocean Offshore Deepwater Drilling, Inc

Case No.    2017-2126 - 2127 - 2129

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Seadrill Americas, Inc. (See Attached)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| See Attached | See Attached | See Attached |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

June 19, 2017    /s/ Matthew G. Reeves
Date    Signature of counsel

Please Note: All questions must be answered    Matthew G. Reeves
Printed name of counsel

cc: _____

Reset Fields

# Certificate of Interest Attachment

### Appellant

Seadrill Americas, Inc.,
Seadrill Gulf Operations Auriga, LLC,
Seadrill Gulf Operations Vela, LLC,
Seadrill Gulf Operations Neptune, LLC

### Full Name of Party Represented by me

Seadrill Americas, Inc.,
Seadrill Gulf Operations Auriga, LLC,
Seadrill Gulf Operations Vela, LLC,
Seadrill Gulf Operations Neptune, LLC

### Name of Real Party in interest NOT identified in Question 3

Seadrill Americas, Inc., Seadrill Auriga Hungary Kft, Seadrill Vela Hungary Kft., Seadrill Neptune Hungary Kft., Seadrill Gulf Operations Auriga, LLC, Seadrill Gulf Operations Vela, LLC, and Seadrill Gulf Operations Neptune, LLC

### Parent corporations and publicly held companies that own 10% or more stock

Seadrill Americas Inc. is a subsidiary of Seadrill Offshore AS which is a subsidiary of Seadrill UK Ltd. which is a subsidiary of Seadrill Limited, a publicly traded company.

Seadrill Gulf Operations Auriga LLC is a subsidiary of Seadrill Capricorn Holdings LLC which is a subsidiary of Seadrill Partners LLC, a publicly traded company, which is a subsidiary of Seadrill Limited., a publicly-traded company.

Seadrill Gulf Operations Vela LLC is a subsidiary of Seadrill Capricorn Holdings LLC which is a subsidiary of Seadrill Partners LLC, a publicly traded company, which is a subsidiary of Seadrill Limited., a publicly-traded company.

Seadrill Gulf Operations Neptune LLC is a subsidiary of Seadrill Americas Inc. which is a subsidiary of Seadrill Offshore AS which is a subsidiary of Seadrill UK Ltd. which is a subsidiary of Seadrill Limited, a publicly-traded company.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  June 19, 2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Matthew G. Reeves | /s/ Matthew G. Reeves |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Locke Lord LLP |
| Address | 600 Travis, Suite 2800 |
| City, State, Zip | Houston, Texas  77002 |
| Telephone Number | 713 226 1308 |
| Fax Number | 713 223 3717 |
| E-Mail Address | mreeves@lockelord.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields